IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **SYLVIA DUKE-RICE,** : | |
| : | |
| **Claimant,** : | |
| vs. : | 3:04-CV-7 (CAR) |
| : | |
| **JO ANNE B. BARNHART,** : | |
| **Commissioner of Social Security,** : | |
| : | |
| **Defendant.** : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 11] that Defendant's decision to deny Claimant benefits be affirmed. No Objection to the Recommendation has been filed, and this Court, having considered the matter, agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED** this 1st day of July, 2005.

S/ C. Ashley Royal
**C. Ashley Royal**
**United States District Judge**

JLR